**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| New Enterprises Limited, | No. CV-18-08033-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| SenesTech Incorporated and Roth Capital Partners LLC, | |
| Defendants. | |

This case was transferred to the undersigned approximately two months after it was filed. At that time, the Court noted that the civil cover sheet stated that this Court's jurisdiction is based on a federal question. (Doc. 1-1). However, upon closer review of the complaint, the Court discovered that jurisdiction is claimed to exist based solely on diversity, 28 U.S.C. § 1332. (Doc. 1 at 3). "Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).

Here, the complaint fails to plead diversity jurisdiction. First, Plaintiff, which is a Trust (*see* Doc. 1 at 2) fails to properly plead the citizenship of a trust. *Compare Navarro Savings Assoc. v. Lee*, 446 U.S. 458, 465-66 (1980) *with Americold Realty Trust v. Conagra Foods, Inc.*, 136 S.Ct. 1012, 1016-17 (2016). Thus, Plaintiff must clarify whether it is the type of trust discussed in *Navarro* versus *Americold* and then properly allege citizenship accordingly. Second, Plaintiff fails to properly allege the citizenship of Roth Capital Partners, LLC. *See Johnson v. Columbia Properties Anchorage, L.P.,* 437

F.3d 894, 899 (9th Cir. 2006) (holding that a limited liability company takes on the citizenship of each of its members).

Accordingly, Plaintiff has failed to establish that federal subject matter jurisdiction exists in this court. Therefore,

**IT IS ORDERED** that Plaintiff must show cause why this case should not be dismissed for lack of federal subject matter jurisdiction. To satisfy this show cause, Plaintiff must file a supplement to the complaint by June 15, 2018 establishing federal subject matter jurisdiction, or this case will be dismissed without prejudice.

**IT IS FURTHER ORDERED** that Michael DiGiacomo must amend the civil cover sheet to be consistent with the complaint.

Dated this 7th day of June, 2018.

James A. Teilborg
Senior United States District Judge